IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **FREDERICK THOMAS HOSKINS,** | Civil Action No. 7:15-cv-00307 |
| Plaintiff, | |
| | **OPINION** |
| v. | |
| | By: James P. Jones |
| **VA. DEPT. OF CORRECTIONS,** *et al*, | United States District Judge |
| Defendant(s). | |

Frederick Thomas Hoskins, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered June 5, 2015, the court directed plaintiff to submit within 10 days from the date of the Order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the months of MARCH, APRIL and MAY, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that period. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 29th day of June, 2015.

s/ James P. Jones
United States District Judge